

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**
BY:  Geri D. Jaffee, Esquire
Attorney ID:  00828-2001
535 Route 38 East
Suite 501
Cherry Hill, NJ  08002
(856) 663-4300

**ATTORNEY FOR DEFENDANT**
Mendez Trucking, Inc. and Richard
Gutierrez

081-103512 (GDJ/PJN)

| | |
|---|---|
| Joseph Escobar | **SUPERIOR COURT OF NEW JERSEY DISTRICT COURT COUNTY LAW DIVISION** |
| vs. | |
| Mendez Trucking, Inc. and Richard Gutierrez | **DOCKET NO.  2:17-cv-02419-SRC-CLW** |
| | **CIVIL ACTION** |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above entitled action having been amicably adjusted by
and between the parties, it is hereby stipulated and agreed that the same be and it is hereby
dismissed without costs against any party.

Marks, O'Neill, O'Brien, Doherty
& Kelly, P.C.

By: _____
    Geri D. Jaffee, Esquire
    Attorney for Defendant,
    Mendez Trucking, Inc. and
    Richard Gutierrez

David J. Hernandez & Associates

By: _____
    David J. Hernandez, Esquire
    Attorney for Plaintiff,
    Joseph Escobar

Date: 9/30/2018

10/11/18

Honorable Stanley R. Chesler,
United States District Court Judge

{NJ901251.1}